UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ELAINE MARY MURPHY,

    Petitioner,

v.

WILLIAM MILLIGAN SLOAN,

    Respondent.

Case No.  13-cv-04069-JST

**PRELIMINARY INJUNCTION**

On September 3, 2013, this Court issued a temporary restraining order pending a hearing on Petitioner's Motion for a Preliminary Injunction. ECF No. 11. Respondent having acceded to the issuance of the relief set forth in this Order,[1] good cause appearing, and for the reasons discussed in the Court's prior Order, the Court hereby GRANTS Petitioner's Motion for a Preliminary Injunction and issues such injunction as follows:

1. Respondent William Milligan Sloan is prohibited from directly or indirectly removing E.S., born 2005, from the Northern District of California, until entry of judgment, dismissal, or further order of the Court, which may include an order upon stipulation of the parties.

2. The Court finds that there is no reasonable likelihood of harm to Respondent from being wrongfully enjoined, and therefore orders that Petitioner is not required to give security pursuant to Federal Rule of Civil Procedure 65(c).

3. At the hearing on this motion, the Court took E.S.'s Irish and American passports, and one expired American passport, into custody, pending resolution of this matter.

4. The Court also ordered that no party shall apply for or obtain any passport, travel visa, or other document enabling or facilitating the international travel of E.S. pending resolution

---

[1] Several other issues between the parties remain contested.

of this matter.

    5.    This Preliminary Injunction shall be served on all parties through the Court's electronic case filing system.

**IT IS SO ORDERED.**

Dated: September 12, 2013

_____
JON S. TIGAR
United States District Judge