AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Northern__ District of __California__

Elaine Mary Murphy
    Plaintiff (s),
V.
William Milligan Sloan
    Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 3:13-cv-04069-JST

Notice is hereby given that, subject to approval by the court, __William Milligan Sloan__ substitutes
(Party (s) Name)

__himself_____, State Bar No. _____ as counsel of record in
(Name of New Attorney)

place of __Trevor Caldwell Thorpe_____.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name:    In Pro Per
    Address:    27 Woodbine Dr, Mill Valley, CA 94941
    Telephone:    415-690-6747    Facsimile _____
    E-Mail (Optional):    williamsloan@yahoo.com

I consent to the above substitution.
Date: 9/19/13
*/s/ William M Sloan*
(Signature of Party (s))

I consent to being substituted.
Date: 9/19/2013
*/s/ Trevor Thorpe*
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: _____
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: September 20, 2013

**IT IS SO ORDERED**
*/s/ Jon S. Tigar*
Judge Jon S. Tigar

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]