AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Northern__ District of __California__

Elaine Mary Murphy
        Plaintiff (s),

V.

William Milligan Sloan
        Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 3:13-cv-04069-JST

Notice is hereby given that, subject to approval by the court, __William Milligan Sloan__ substitutes
(Party (s) Name)

__himself_____, State Bar No. _____ as counsel of record in
(Name of New Attorney)

place of __Trevor Caldwell Thorpe_____.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name:     In Pro Per
    Address:       27 Woodbine Dr, Mill Valley, CA 94941
    Telephone:     415-690-6747    Facsimile _____
    E-Mail (Optional):  williamsloan@yahoo.com

I consent to the above substitution.
Date: 9/19/13
                                        (Signature of Party (s))

I consent to being substituted.
Date: 9/19/2013
                                        (Signature of Former Attorney (s))

I consent to the above substitution.
Date:
                                        (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: September 20, 2013

*IT IS SO ORDERED*
*Judge Jon S. Tigar*
(United States District Court, Northern District of California seal)

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]